THE PEOPLE, RESPONDENT, *v.* RIVERA, APPELLANT.

APPEAL from the District Court of San Juan, Section 2.

No. 533.—Decided February 17, 1913.

CRIMINAL LAW—JUDGMENT.—The evidence introduced in this case having been examined, it is found more than sufficient to support the judgment of conviction appealed from.

The facts are stated in the opinion.

*Mr. Charles E. Focte, fiscal,* for The People.

The appellant did not appear.

MR. JUSTICE DEL TORO delivered the opinion of the court.

Dionisio Rivera was accused before the Municipal Court of San Juan of having maliciously, unlawfully, and wilfully committed assault and battery upon Pedro Falú with the intent of causing him grave bodily injury. The trial was held and he was found guilty. He appealed to the district court and upon trial being held *de novo* he was again found guilty and sentenced to pay a fine of $40 and the costs or be imprisoned one day in jail for each dollar of the fine he should fail to pay. From that judgment of the district court, rendered on October 29, 1912, he took an appeal to this court and on February 7 of the present year the hearing was held, the party appellant not appearing.

The transcript of the record contains a statement of the

case in which the evidence taken at the trial has been incorporated. We have made an examination thereof and in our opinion it is ·more than sufficient to sustain the judgment of conviction appealed from and therefore said judgment should be affirmed.

*Affirmed.*

Chief Justice Hernández and Justices MacLeary, Wolf and Aldrey concurred.